**Brandon ROBERTS, Plaintiff— Appellant,**

v.

**S.C. FARRIS; Calvin Smith; John Rowley, Defendants— Appellees,**

and

**Keith Durst; Fred Nastri, Defendants.**

**No. 10–7397.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 31, 2011.

Brandon Roberts, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before DAVIS, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts, a state prisoner, appeals the district court's order granting Defendants' motions to dismiss and for summary judgment and denying Roberts' motions to strike and for partial summary judgment on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. Durst*, No. 8:09–cv–01385–AW, 2010 WL 3703296 (D.Md. Sept. 16, 2010). We grant Roberts' motion to file a memorandum of law in lieu of an informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*